**FILED**
Samuel L. Kay, Clerk
United States Bankruptcy Court
Augusta, Georgia
By smartin at 10:09 am, Aug 27, 2009

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

IN RE: )
)   CHAPTER 13
Wanda E. Grice )   CASE NO.: 08-11680
         Debtor(s) )

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

MOVANT: US Bank , ITS SUCCESSORS AND ASSIGNS

SUBJECT PROPERTY: 4108 Pinnacle Way, Hephzibah, GA

After notice and hearing, the above motion for relief from the automatic stay is ordered:

☐ Granted.   ☐ Denied.

☒ If relief is granted under this Order or any future Order of default pursuant to the "Strict Compliance" provisions below, Movant and Debtor agree to and stipulate that Movant's claim will be disallowed in its entirety (claim(s) _____) and the Chapter 13 Trustee is directed to stop and cease payments of said claim(s). Movant is permitted to file a deficiency claim upon liquidation of the above collateral, subject to Debtor's and Trustee's right to object to the amount of and/or the status of such later-filed claim.

☒ Denied on the condition that Debtor shall timely make all payments required by Debtor's Chapter 13 plan and take other actions as follows:

  ☒ The total post-petition arrearage owing to Movant as of today is $ 6054.78 . Debtor shall pay to Movant the sum of $ _____ on or before _____.

  ☒ In addition to the regular monthly payments, Debtor shall make additional monthly payments to Movant in the amount of $ 1009.13 per month on the 1 day of each month, each and every month until the entire arrearage as set forth above is cured. Said payments to begin with the payment coming due 9/09.

**IT IS FURTHER ORDERED:**

☒ Strict Compliance - In the event the Debtor fails to comply with the terms of this Order, the Movant, through its attorney of record or authorized representative, may file an affidavit setting forth the default served upon Debtor and Debtor's attorney and upon the expiration of ten (10) days without the filing of a counteraffidavit by the Debtor disputing the fact of default, an Order may be entered lifting the automatic stay without further motion, notice or hearing.

☐ With regards to the above "Strict Compliance" provisions, Debtor and Debtor's Counsel shall be given a _____ day written Right-to-Cure Notice of Default prior to Movant's filing of any affidavit.

☐ Other provisions: _____

SO ORDERED, this 25th day of August, 2009.

Susan D. Barrett
JUDGE
UNITED STATES BANKRUPTCY COURT

James C. Overstreet, Jr.
#7 George C. Wilson Court
Augusta, Georgia 30909
(706) 863-2255

Attorney for Debtor

Attorney for Chapter 13 Trustee